PLAINTIFFS' FIRM INFORMATION

The Monsour Law Firm
404 North Green Street
Longview, Texas 75606
Telephone (903) 758-5757
Facsimile (903) 230-5010

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06CV07288<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| Clifford Edward Fain and<br>Hazel Anderson<br><br>v.<br><br>PFIZER, INC. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiffs CLIFFORD EDWARD FAIN and HAZEL ANDERSON and Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated  5/11/09  , 2009.

THE MONSOUR LAW FIRM
404 North Green Street
Longview, Texas  75606
(903) 758-5757
(903) 230-5010 (Facsimile)

By: _____
      Douglas C. Monsour

*Attorney for Plaintiffs*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

By: _____/s/_____
Michelle W. Sadowsky

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __June 16, 2009_____   _____
Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer